**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MONTANA

Case number (if known): 23-_____

Chapter you are filing under:
❑ Chapter 7
❑ Chapter 11
❑ Chapter 12
O Chapter 13

❑ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

04/20

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together - called a *joint case* - and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supply correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

| | **About Debtor1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
| --- | --- | --- |
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the Trustee | Michael<br>First Name<br><br>Wilson<br>Middle Name<br><br>Marrow<br>Last Name<br><br>_____<br>Suffix (Sr., Jr., II, III) | |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-4487 | |

**4. Your Employer Identification Number (EIN), if any.**

About Debtor 1:

EIN ___  ___ ___ - ___ ___ ___ ___ ___ ___ ___

EIN ___  ___ ___ - ___ ___ ___ ___ ___ ___ ___

**About Debtor 2 (Spouses Only in a Joint Case):**

EIN ___  ___ ___ - ___ ___ ___ ___ ___ ___ ___

EIN ___  ___ ___ - ___ ___ ___ ___ ___ ___ ___

**5. Where you live**

19000 Pioneer Road
Three Forks MT 59752

Gallatin
County

**If Debtor 2 lives at a different address:**

_____

Number, Street, City, State & Zip Code

_____

County

**If your mailing address is different from the one above, fill it in here.**  Note that the court will send any notices to you at this mailing address.

_____

Number, PO Box, Street, City, State & Zip Code

**If Debtor 2's mailing address is different from yours, fill it in here.**  Note that the court will send any notices to this mailing address.

_____

Number, PO Box, Street, City, State & Zip Code

**6. Why you are choosing this district to file for bankruptcy**

Check one:

O Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

❏ I have another reason.  Explain.  (See 28 U.S.C. § 1408.)

_____

_____

Check one:

❏ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

❏ I have another reason.  Explain.  (See 28 U.S.C. § 1408.)

_____

_____

**Part 2:**      **Tell the Court About Your Bankruptcy Case**

| | |
|---|---|
| **7.  The chapter of the Bankruptcy Code you are choosing to file under** | *Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for individuals Filing for Bankruptcy* (Form 2010).  Also, go to the top of page 1 and check the appropriate box.) |

    ❑ Chapter 7

    ❑ Chapter 11

    ❑ Chapter 12

    O Chapter 13

**8.  How you will pay the fee**

    O **I will pay the entire fee when I file my petition.**  Please check with the clerk's office in your local court for more details about how you may pay.  Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order.  If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

    ❑ **I need to pay the fee in installments.**  If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

    ❑ **I request that my fee be waived.**  (You may request this option only if you are filing for Chapter 7.  By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments).  If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.  Have you filed for bankruptcy within the last 8 years?**

    O No

    ❑ Yes.

        District _____ When _____ Case number _____
        District _____ When _____ Case number _____
        District _____ When _____ Case number _____

**10.  Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

    O No

    ❑ Yes.

        Debtor _____ Relationship to you _____
        District _____ When _____ Case Number, if known _____
        Debtor _____ Relationship to you _____
        District _____ When _____ Case Number, if known _____

**11.  Do you rent your residence?**

    O No.  Go to line 12.

    ❑ Yes.  Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

        ❑ No.  Go to line 12.

        ❑ Yes.  Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |

**12. Are you a sole proprietor of any full - or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

O No.  Go to Part 4.

❏ Yes.  Name and location of business

_____

Name of business, if any

_____

Number, Street, City, State & Zip Code

*Check the appropriate box to describe your business*:

❏ Health Care Business (as defined in 11 U.S.C. § 101(27A))
❏ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
❏ Stockbroker (as defined in 11 U.S.C. § 101(53A))
❏ Commodity Broker (as defined in 11 U.S.C. § 101(6))
❏ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a small business debtor or a debtor as defined by 11 U.S.C. §1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.* If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statements, and federal income tax return of if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

O No.  I am not filing Chapter 11.

O No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

❏ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

❏ Yes.  I am filing under Chapter 11, I am a debtor according to the definition in §1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| **Page 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety?  Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

O No

❏ Yes.  What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property?

_____

Number, Street, City, State & Zip Code

Debtor 1    Michael Wilson Marrow                                          Case number (if known) _____
            First Name, Middle Name, Last Name

**Part 5:**          **Explain Your Efforts to Receive a Briefing About Credit Counseling**

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

You must check one:

○ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

❏ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

❏ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.
Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

❏ **I am not required to receive a briefing about credit counseling because of:**

❏ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

❏ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

❏ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouses Only in a Joint Case):**

You must check one:

❏ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

❏ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

❏ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.
Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

❏ **I am not required to receive a briefing about credit counseling because of:**

❏ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

❏ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

❏ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

❑ No.  Go to line 16b.
O Yes.  Go to line 17.

16b. **Are your debts primarily business debts?** Business debts are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

O No.  Go to line 16c.
❑ Yes.  Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debs.

_____.

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

O No.  I am not filing under Chapter 7.  Go to line 18.

❑ Yes.  I am filing under Chapter 7.  Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors.

❑ No

O Yes

**18. How many creditors do you estimate that you owe?**

| | | |
|---|---|---|
| O 1-49 | ❑ 1,000-5,000 | ❑ 25,0001-50,000 |
| ❑ 50-99 | ❑ 5,001-10,000 | ❑ 50,001-100,000 |
| ❑ 100-199 | ❑ 10,001-25,000 | ❑ More than 100,000 |
| ❑ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ❑ $0-$50,000 | ❑ $1,000,001-$10 million | ❑ $500,000,001-$1 billion |
| ❑ $50,001-$100,000 | ❑ $10,000,001-$50 million | ❑ $1,000,000,001-$10 billion |
| ❑ $100,001-$500,000 | ❑ $50,000,001-$100 million | ❑ $10,000,000,001-$50 billion |
| O $500,001-$1 million | ❑ $100,000,001-$500 million | ❑ more than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ❑ $0-$50,000 | ❑ $1,000,001-$10 million | ❑ $500,000,001-$1 billion |
| ❑ $50,001-$100,000 | ❑ $10,000,001-$50 million | ❑ $1,000,000,001-$10 billion |
| O $100,001-$500,000 | ❑ $50,000,001-$100 million | ❑ $10,000,000,001-$50 billion |
| ❑ $500,001-$1 million | ❑ $100,000,001-$500 million | ❑ more than $50 billion |

| Party 7: | Sign Below |
|---|---|

For you

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code.  I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, Unites States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

<u>/s/ Michael Wilson Marrow</u>
Signature of Debtor 1

_____
Signature of Debtor 2

Executed on <u>July 13, 2023</u>
        MM / DD / YYYY

Executed on _____
        MM / DD / YYYY

Debtor 1  Michael Wilson Marrow                                    Case number *(if known)* _____
          First Name, Middle Name, Last Name

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each Chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the noticed required by 11 U.S.C. § 342(b) and, in a case in which § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

/s/STUART R. WHITEHAIR                                    Date   July 13, 2023
Signature of Attorney for Debtor                                MM / DD / YYYY

STUART R. WHITEHAIR
Printed Name

STUART R. WHITEHAIR, P.C.
Firm Name

2123 DURSTON ROAD, SUITE 17
Number Street

BOZEMAN MT 59718
City, State and Zip Code

Contact phone:  406-587-4200  Email address: stuartwhitehair@gmail.com

3069 MT
Bar number & State

Fill in this information to identify your case:

Debtor 1    Michael Wilson Marrow

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the District of Montana

Case number _____

❏ Check if this is an amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

| Part 1: | Summarize Your Assets |
| --- | --- |

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $575,000.00

   1b. Copy line 62, Total personal property, from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $21,323.48

   1c. Copy line 63, Total of all property on *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $596,323.48

| Part 2: | Summarize Your Liabilities |
| --- | --- |

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, Amount of Claim, at the bottom of the last page of Part 1 of Schedule D. . . . $357,193.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* . . . . . . . . . . . . . . . $15,606.85

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* . . . . . . . . . . . . . + $27,017.91

   **Your total liabilities**    $399,817.76

| Part 3: | Summarize Your Income and Expenses |
| --- | --- |

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of Schedule I . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $6,843.71

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of Schedule J . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $6,529.53

| Part 4: | Answer These Questions for Administrative and Statistical Records |
|---------|---|

6. **Are you filing for bankruptcy under Chapters 7, 11 or 13?**

    ❑ No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.
    O Yes

7. **What kind of debt do you have?**

    O **Your debts are primarily consumer debts.**  Consumer debts are those "incurred by and individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes.  28 U.S.C. § 159.

    ❑ **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official
   Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.**                    <u>8,691.62</u>

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:***

| From Part 4 on Schedule E/F, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | <u>$0.00</u> |
| 9b. Taxes and certain other debts you owe the government.  (Copy line 6b.) | <u>$15,606.85</u> |
| 9c. Claims for death or personal injury while you were intoxicated.  (Copy line 6c.) | <u>$0.00</u> |
| 9d. Student loans.  (Copy line 6f.) | <u>$0.00</u> |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.) | <u>$0.00</u> |
| 9f. Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.) + | <u>$0.00</u> |
| 9g. **Total**.  Add lines 9a through 9f. | <u>$15,606.85</u> |

Fill in this information to identify your case:

Debtor 1    Michael Wilson Marrow

Debtor 2
(Spouse, if filing) _____

United States Bankruptcy Court for the District of Montana

Case number _____

❑ Check if this is an amended filing

**Official Form 106A/B**

# Schedule A/B: Property                                          **12/15**

In each category, separately list and describe items.  List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.

| Part 1: | Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In |
|---------|---------------------------------------------------------------------------------------------|

**1.  Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

❑ No.  Go to Part 2.

O Yes.  Where is the property?

1.1
19000 Pioneer Road
Three Forks MT 59752

Gallatin County

**What is the property?** Check all that apply.

O Single-family home
❑ Duplex or multi-unit building
❑ Condominium or cooperative
❑ Manufactured or mobile home
❑ Land
❑ Investment property
❑ Timeshare
❑ Other _____

**Who has an interest in the property?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
O At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**_____

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.

**Current value of the entire property?**
$575,000.00

**Current vale of the portion you own?**
$575,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

❑ **Check if this is community property** (see instructions)

2.  Add the dollar value of the portion you own for all of your entries from Part 1, including an entries for pages you have attached for Part 1.  Write that number here. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ➔   | $575,000.00 |

| Part 2: | Describe Your Vehicles |
|---|---|

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives.  If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

❑ No
O Yes

3.1 Make: Chevrolet

   Model: Suburban

   Year: 2005

   Approximate mileage: 300,000

   Other information:

**Who has an interest in the property?**  Check one.
❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
O At least one of the debtors and another

❑ **Check if this is a community property**
(see instructions)

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured Claims by Property*

| Current value of the entire property | Current value of the portion you own? |
|---|---|
| $1,495.00 | $748.00 |

---

If you own or have more than one, describe here:

3.2 Make:   Ford

   Model: F150

   Year: 2015

   Approximate mileage: 150,000

   Other information:

**Who has an interest in the property?**  Check one.
O Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this is a community property**
(see instructions)

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured Claims by Property*

| Current value of the entire property | Current value of the portion you own? |
|---|---|
| $10,917.00 | $10,917.00 |

---

3.3 Make: Infiniti

   Model: FX35

   Year: 2006

   Approximate mileage: 200,000

   Other information:

**Who has an interest in the property?**  Check one.
❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
O At least one of the debtors and another

❑ **Check if this is a community property**
(see instructions)

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured Claims by Property*

| Current value of the entire property | Current value of the portion you own? |
|---|---|
| $1,792.00 | $896.00 |

---

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   Examples: Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

O No
❑ Yes

4.1 Make: _____

   Model: _____

   Year: _____

   Other information:

**Who has an interest in the property?**  Check one.
❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another

❑ **Check if this is a community property**
(see instructions)

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured Claims by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $0.00 | $0.00 |

**5.  Add the dollar value of the portion you own for all of your entries from Part 2, including an entries for pages you have attached for Part 2.  Write that number here.** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ➔

| |
|---|
| $12,561.00 |

| Part 3: | Describe Your Personal and Household Items |
| --- | --- |

**Do you own or have any legal or equitable interest in any of the following items?**

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

6.  **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware
    ❏ No
    O Yes. Describe . . .(2) couches, (2) chairs, table, (3) beds, desk, (3) dressers, refrigerator, washer and dryer          $5,050.00
                        freezer, dishwasher, barbeque, lawnmower

7.  **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music
    collections; electronic devices including cell phones, cameras, media players, games

    ❏ No
    O Yes. Describe . . . . . . . (2) televisions, computer, printer, (2) cell phones          $800.00

8.  **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects;
    stamp, coin, or baseball card collections; other collections, memorabilia, collectibles.

    O No
    ❏ Yes. Describe . . . . . . . . _____          $0.00

9.  **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis, canoes
    and kayaks; carpentry tools; musical instruments.

    ❏ No
    O Yes. Describe . . . . . . . .exercise equipment, carpentry tools          $550.00

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment.

    ❏ No
    O Yes. Describe . . . . . . . . Weatherby  Patrician shotgun, Mossberg Patriot rifle          $375.00

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ❏ No
    O Yes. Describe . . . . . . . . everyday clothes          $250.00

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, heirloom jewelry, watches, gems, gold, silver

    ❏ No
    O Yes. Describe . . . . . . . . everyday jewelry          $250.00

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses

    ❏ No
    O Yes. Describe . . . . . . . . (2) dogs
                                                                                                  $0.00

14. **Any other personal household items you did not already list, including any health aids you did not list**

    O No
    ❏ Yes.  Give specific  information _____          $0.00

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for
    Part 3.**
    Write that number here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ➔          $7,275.00

| **Part 4:** | **Describe Your Financial Assets** |

**Do you own or have any legal or equitable interest in any of the following?**

Current value of the
portion you own?
Do not deduct secured claims
or exemptions.

16.   **Cash**
        *Examples*: Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

        O No
        ❑ Yes _____ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .            $0.00

17.   **Deposits of money**
        *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage
        houses, another similar institutions.  If you have multiple accounts with the same institution, list each.

        ❑ No
        O Yes . . . . . . . . . .

|  | 17.1 Checking account: | First Interstate Bank (account ending 5361) | <u>$500.00</u> |
|--|------------------------|----------------------------------------------|----------------|
|  | 17.2 Checking account: | First Interstate Bank (account ending 3577) | <u>$0.00</u> |
|  | 17.3 Savings account: | | <u>$0.00</u> |
|  | 17.4 Savings account: | | <u>$0.00</u> |
|  | 17.5 Certificates of deposit: | | <u>$0.00</u> |
|  | 17.6 Other financial account: | | <u>$0.00</u> |

18.   **Bonds, mutual funds, or publicly traded stocks**
        *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

        O No
        ❑ Yes . . . . . . . . . Institution or issuer name: _____            <u>$0.00</u>

19.   **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an
        LLC, partnership, and joint venture**

        O No                      Name of entity:                        % of ownership:
        ❑ Yes.  Give
        specific information      _____    _____%         <u>$0.00</u>
        about them . . . . . .

20.   **Government and corporate bonds and other negotiable and non-negotiable instruments**

        Negotiable instruments include personal checks, cashier's checks, promissory notes, and money orders.
        Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.
        O No
        ❑ Yes.  Give specific      Issuer name:
        information about them . . . .  _____        <u>$0.00</u>

**21.**    **Retirement or pension accounts**

Examples: Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

❑ No

O Yes.  List each

account separately . . . .    **Type of account:**        <u>Institution name:</u>

| | Type of account: | Institution name: | |
|---|---|---|---|
| | 401(k) or similar plan: | <u>Productivity 401(k)</u> | $987.48 |
| | Pension plan: | | $0.00 |
| | IRA: | | $0.00 |
| | Retirement account: | | $0.00 |
| | Keogh: | | $0.00 |
| | Additional account: | | $0.00 |
| | Additional account: | | $0.00 |

**22.**    **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

O No

❑ Yes . . . . . . . . . . . . .            **Institution name or individual:**

| | Institution name or individual: | |
|---|---|---|
| Electric | | $0.00 |
| Gas: | | $0.00 |
| Heating Oil: | | $0.00 |
| Security deposit on rental: | | $0.00 |
| Prepaid rent: | | $0.00 |
| Telephone: | | $0.00 |
| Water: | | $0.00 |
| Rented Furniture: | | $0.00 |
| Other: | | $0.00 |

**23.**    **Annuities.**  (A contract for a periodic payment of money to you, either for life or for a number of years)

O No

❑ Yes . . . . . . . . . . . . .    Issuer name and description: _____    $0.00

**24.**    **Interests in a education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

26 U.S.C. §§ 530(b)(1), 529A(b), and 526(b)(1).

O No

❑ Yes . . . . . . . . . . . . .    Institution name and description.  Separately file the records of any interests. 11 U.S.C. § 521©:

                                               _____    $0.00

**25.**    **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit.**

O No

❑ Yes.  Give specific

information about them . . . .  _____    $0.00

**26.**    **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

Examples: Internet domain names, websites, proceeds from royalties and licensing agreements

O No

❑ Yes.  Give specific

information about them . . . .  _____    $0.00

**27.**    **Licenses, franchises, and other general intangibles**

Examples: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

O No

❑ Yes.  Give specific

information about them . . . .  _____    $0.00

**Money or property owed to you?**                              **Current value of the portion you own?**
Do not deduct secured claims or exemptions

28. **Tax refunds owed to you**
○ No
❑ Yes.  Give specific information
about them, including whether                                          Federal:    $0.00
you already filed the returns                                          State:      $0.00
and the tax years . . . . . . . . . . .                                Local       $0.00

29. **Family Support**
*Examples:* Past due or lump sum alimony, spousal support, maintenance, divorce settlement, property settlement
○ No
❑ Yes.  Give specific Information . . . .
Alimony:            $0.00
Maintenance:        $0.00
Support:            $0.00
Divorce Settlement  $0.00
Property Settlement $0.00

30. **Other amounts someone owes you**
Examples: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation,
Social Security Benefits; unpaid loans you made to someone else
○ No
❑ Yes.  Give specific . . . . . . . _____    $0.00
information

31. **Interests in insurance policies**
*Examples:* Health, disability, or life insurance, health savings account (HSA); credit, homeowner's, or renter's insurance

○ No
❑ Yes.  Name the insurance company         Company name:            Beneficiary:            Surrender or refund value:
of each policy and list its value . . . . .
_____      _____    $0.00

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive
property because someone has died.

○ No
❑ Yes.  Give specific information . . . . . . .    _____    $0.00

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
Examples: Accidents, employment disputes, insurance claims, or rights to sue

○ No
❑ Yes.  Describe each claim . . . . . . . . .    _____    $0.00

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

○ No
❑ Yes.  Describe each claim . . . . . . . . . .    _____    $0.00

35. **Any financial assets you did not already list**

○ No
❑ Yes.  Give specific information . . . . . . .    _____    $0.00

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for part 4.**
**Write that number here** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ➔ **$1,487.48**

| **Part 5:** | **Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.** |
|---|---|

37.    **Do you own or have any legal or equitable interest in any business-related property?**

        ○ No.  Go to Part 6.
        ❑ Yes.  Go to line 38.

38.    **Accounts receivable or commissions you already earned**

        ○ No
        ❑ Yes.  Describe . . . . . . _____    $0.00

39.    **Office equipment, furnishings, and supplies**
        *Examples*: Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

        ○ No
        ❑ Yes.  Describe . . . . . . _____    $0.00

40.    **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

        ○ No
        ❑ Yes.  Describe . . . . . . _____    $0.00

41.    **Inventory**

        ○ No
        ❑ Yes.  Describe . . . . . . _____    $0.00

42.    **Interests in partnerships or joint ventures**

        ○ No
        ❑ Yes.  Describe . . . . . .     Name of entity:                    % of ownership:

                                      _____   _____%    $0.00

43.    **Customer lists, mailing lists, or other compilations**

        ○ No.
        ❑ Yes.    Do your lists include personally identifiable information (as defined in 11 U.S.C. § 1014(41A))?
                  ❑ No
                  ❑ Yes.  Describe . . . . . . . . _____    $0.00

44.    **Any business-related property you did not already list**

        ○ No
        ❑ Yes.  Give specific information . . . . .    _____    $0.00

                                            _____    $0.00

                                            _____    $0.00

45.    **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5.  Write that number here** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ➜ <u>**$0.00**</u>

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**<br>If you own or have an interest in farmland, list it in Part 1. |
|---|---|

46.    **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

        ○ No.  Go to Part 7.
        ❑ Yes.  Go to line 47.

47. **Farm animals**
    *Examples: Livestock, poultry, farm-raised fish*
    O No
    ❑ Yes. . . . . . .    _____                $0.00

48. **Crops - either growing or harvested**

    O No
    ❑ Yes.  Give specific information . . . . . . .   _____              $0.00

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

    O No
    ❑ Yes . . . . . . . .   .   _____            $0.00

50. **Farm and fishing supplies, chemicals, and feed**

    O No
    ❑ Yes . . . . . . . .   .   _____            $0.00

51. **Any farm - and commercial fishing-related property you did not already list**
    O No
    ❑ Yes.  Give specific information . . . . . . . .   _____            $0.00

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for part 6.**
    **Write that number here** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ➔ **$0.00**

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---------|------|

53. **Do you have other property of any kind you did not already list?**
    Examples: Season tickets, country club membership

    O No
    ❑ Yes.  Give specific information . . . . .    _____          $0.00

54. **Add the dollar value of all of your entries from Part 7.  Write that number here** . . . . . . . . . . . . . . . . . . . . . . . . . ➔ **$0.00**

| Part 8: | List the Totals of Each Part of this Form |
|---------|------|

55.   Part 1: Total real estate, line 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ➔ **$575,000.00**

56.   Part 2: Total vehicles, line 5                                    $12,561.00

57.   Part 3: Total personal and household items, line 15              $7,275.00

58.   Part 4: Total financial assets, line 36                          $1,487.48

59.   Part 5: Total business-related property, line 45                 $0.00

60.   Part 6: Total farm-and fishing-related property, line 52         $0.00

61.   Part 7: Total other property not listed, line 54           +     $0.00

62.   Total personal property.  Add lines 56 through 61. . . . . . .   $21,326.48        Copy personal property total . . . . . ➔ **$21,326.48**

63.   Total all property on Schedule A/B.  Add line 55 + line 62 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $596,323.48

Fill in this information to identify your case:

Debtor 1    Michael Wilson Marrow

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the District of Montana

Case number _____

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions - such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds-may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1.    **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

       O You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
       ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2.    **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>*Copy the value from Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Household goods & furnishings<br><br>Line from Schedule A/B: 6,7 | $5,850.00 | ☐ $_____<br>O 100% of fair market value, up to any applicable statutory limit | Mont. Code Ann. §25-13-609(1) MCA |
| Brief description: Clothes<br><br>Line from Schedule A/B: 11 | $250.00 | ☐ $_____<br>O 100% of fair market value, up to any applicable statutory limit | Mont. Code Ann. §25-13-609(1) MCA |
| Brief description: 2015 Ford F150<br><br>Line from Schedule A/B: 3.2 | $10,917.00 | ☐ $_____<br>O 100% of fair market value, up to any applicable statutory limit | Mont. Code Ann. §25-13-609(2) MCA |
| Brief description: Jewelry<br><br>Line from Schedule A/B: 12 | $ 250.00 | ☐ $_____<br>O 100% of fair market value, up to any applicable statutory limit | Mont. Code Ann. §25-13-609(1) MCA |

Debtor 1  <u>Michael Wilson Marrow</u>　　　　　　　　　　　　　　　　Case number *(if known)* _____
　　　　　First Name, Middle Name, Last Name

| **Part 2:** | **Additional Page** |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
| --- | --- | --- | --- |
| Brief description: <u>Retirement</u><br><br>Line from Schedule A/B: <u>21</u> | $987.48 | ❏ $_____<br>O 100% of fair market value, up to any applicable statutory limit | Mont. Code Ann. §31-2-106(3) MCA |
| Brief description: <u>Homestead Declaration</u><br>Date recorded: August 16, 2019<br>Line from Schedule A/B: <u>1.1</u> | $575,000.00 | ❏ $_____<br>O 100% of fair market value, up to any applicable statutory limit | Mont. Code Ann. §70-32-101 MCA |
| Brief description: <u>Guns and Sporting Goods</u><br><br>Line from Schedule A/B: <u>9, 10</u> | $925.00 | ❏ $_____<br>O 100% of fair market value, up to any applicable statutory limit | Mont. Code Ann. §25-13-609(1) MCA |
| Brief description: <u>Earnings</u><br><br>Line from Schedule I: <u>2</u> | $6,084.76 | ❏ $_____<br>O 100% of fair market value, up to any applicable statutory limit | Mont. Code Ann. §25-13-614(1) MCA |

3.　　**Are you claiming a homestead exemption of more than $170,350?**
　　　　(Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)
　　　　O No
　　　　❏ Yes.  Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
　　　　　　　　❏ No
　　　　　　　　❏ Yes

Fill in this information to identify your case:

Debtor 1    <u>Michael Wilson Marrow</u>

Debtor 2   _____
(Spouse, if filing)

United States Bankruptcy Court for the District of Montana

Case number _____

❑ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form.  On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ❑ No.  Check this box and submit this form to the court with your other schedules.  You have nothing else to report on this form.
   O Yes.  Fill in all the information below.

| Part 1: | List All Secured Claims |
|---|---|

2. **List all secured claims.**  If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2.  As much as possible, list the claims in alphabetical order according to the creditor's name.

|  | Describe the property that secures the claim: | Column A **Amount of Claim** Do not deduct the value of the collateral. | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** if any |
|---|---|---|---|---|
| **2.1** Credit Acceptance PO Box 5070 Southfield MI 48086-5070 | 2015 Ford F150 |  |  |  |
| **Who owes the debt?** Check one O Debtor 1 only ❑ Debtor 2 only ❑ Debtor 1 and Debtor 2 only ❑ At least one of the debtors and another ❑ **Check if this claim relates to a community debt** **Date debt was incurred March 2023** | **As of the date you file, the claim is:** check all that apply. ❑ Contingent ❑ Unliquidated ❑ Disputed Nature of lien.  Check all that apply. O An agreement you made (such as mortgage or secured  car loan) ❑ Statutory lien (such as tax lien, mechanic's lien) ❑ Judgment lien from a lawsuit ❑ Other (including a right to offset) _____ **Last 4 digits of account number _____** | $21,780.00 | $10,917.00 | $10,863.00 |
| **2.2** Sky Federal Credit Union PO Box 1690 Livingston MT 59047 | 2006 Infiniti FX35 2005 Chevrolet Suburban |  |  |  |
| **Who owes the debt?** Check one ❑ Debtor 1 only ❑ Debtor 2 only ❑ Debtor 1 and Debtor 2 only O At least one of the debtors and another ❑ **Check if this claim relates to a community debt** **Date debt was incurred April 2020** | **As of the date you file, the claim is:** check all that apply. ❑ Contingent ❑ Unliquidated ❑ Disputed Nature of lien.  Check all that apply. O An agreement you made (such as mortgage or secured  car loan) ❑ Statutory lien (such as tax lien, mechanic's lien) ❑ Judgment lien from a lawsuit ❑ Other (including a right to offset) _____ **Last 4 digits of account number 0741** | $5,830.00 | $3,287.00 | $2,543.00 |

| Add the dollar value of your entries in Column A on this page.  Write that number here: | $27,610.00 |
|---|---|

| 2.3<br>Freedom Mortgage<br>951 Yamato Road<br>Boca Raton FL 33431 | Describe the property that secures the claim:<br><br>19000 Pioneer Road<br>Three Forks MT 59752 | Column A<br>**Amount of Claim**<br>Do not deduct the value of the collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>if any |
|---|---|---|---|---|
| **Who owes the debt?** Check one<br>O Debtor 1 only<br>❏ Debtor 2 only<br>❏ Debtor 1 and Debtor 2 only<br>❏ At least one of the debtors and another<br><br>❏ **Check if this claim relates to a community debt**<br><br>**Date debt was incurred August 2019** | **As of the date you file, the claim is:** check all that apply.<br>❏ Contingent<br>❏ Unliquidated<br>❏ Disputed<br><br>Nature of lien.  Check all that apply.<br>O An agreement you made (such as mortgage or secured  car loan)<br>❏ Statutory lien (such as tax lien, mechanic's lien)<br>❏ Judgment lien from a lawsuit<br>❏ Other (including a right to offset) _____<br><br>**Last 4 digits of account number _4804_** | $329,583.00 | $575,000.00 | $0.00 |

| | |
|---|---|
| **Add the dollar value of your entries in Column A on this page.  Write that number here:** | $329,583.00 |
| **If this is the last page of your form, add the dollar value totals from all pages.  Write that number here:** | $357,193.00 |

Debtor 1  <u>Michael Wilson Marrow</u>
         First Name, Middle Name, Last Name

Case number *(if known)* _____

| Part 2: | List Others to Be Notified for a Debt That You Already Listed |

**Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect form you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fil out or submit this page.**

**One which line in Part 1 did you enter the creditor?** _____

**Last 4 digits of account number** _____

Fill in this information to identify your case:

Debtor 1     Michael Wilson Marrow

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the District of Montana

Case number _____

❑ Check if this is an amended filing

**Official Form 106E/F**

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible.** Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to an executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1.  **Do any creditors have priority unsecured claims against you?**
    ❑ No.  Go to Part 2.
    O Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1**<br>Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | **Last 4 digits of account number 4487**<br><br>**When was the debt incurred? Tax years 2022 and 2023**<br><br>As of the date you file, the claim is: check all that apply.<br>❑ Contingent<br>❑ Unliquidated<br>❑ Disputed | $13,911.85 | $13,911.85 | $0.00 |
| **Who incurred the debt?**  Check one<br>O Debtor 1 only<br>❑ Debtor 2 only<br>❑ Debtor 1 and Debtor 2 only<br>❑ At least one of the debtors and another<br>❑ **Check if this claim is for a community debt**<br>**Is the claim subject to offset?**<br>❑ No<br>❑ Yes | **Type of PRIORITY unsecured claim:**<br>❑ Domestic support obligations<br>O Taxes and certain other debts you owe the government<br>❑ Claims for death or personal injury while you were intoxicated<br>❑ Other.  Specify _____ | | | |
| **2.2**<br>Montana Department of Revenue<br>PO Box 7701<br>Helena, MT 59604-7701 | **Last 4 digits of account number 4487**<br><br>**When was the debt incurred? Tax year 2022**<br><br>As of the date you file, the claim is: check all that apply.<br>❑ Contingent<br>❑ Unliquidated<br>❑ Disputed | $1,695.00 | $1,695.00 | $0.00 |
| **Who incurred the debt?**  Check one<br>O Debtor 1 only<br>❑ Debtor 2 only<br>❑ Debtor 1 and Debtor 2 only<br>❑ At least one of the debtors and another<br>❑ **Check if this claim is for a community debt**<br>**Is the claim subject to offset?**<br>❑ No<br>❑ Yes | **Type of PRIORITY unsecured claim:**<br>❑ Domestic support obligations<br>❑ Taxes and certain other debts you owe the government<br>❑ Claims for death or personal injury while you were intoxicated<br>❑ Other.  Specify _____ | | | |

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

3.　**Do any creditors have nonpriority unsecured claims against you?**
　　❑ No.　You have nothing to report in this part.　Submit this form to the court with your other schedules.
　　O Yes

4.　**List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | Total claim |
|---|---|

**4.1**
Sky Federal Credit Union
PO Box 1690
Livingston MT 59047

**Last 4 digits of account number 0741**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Total claim:** $818.00

**Who incurred the debt?** *Check one*
❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
O At least one of the debtors and another
❑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
O No
❑ Yes

**Type of NONPRIORITY unsecured claim:**
❑ Student Loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
O Other.　Specify <u>personal loan</u>

---

**4.2**
Credit One
PO Box 98872
Las Vegas NV 89193-8873

**Last 4 digits of account number 1898**

**When was the debt incurred? 2022**

**As of the date you file, the claim is:** check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Total claim:** $2,170.23

**Who incurred the debt?** *Check one*
O Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
O At least one of the debtors and another
❑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
O No
❑ Yes

**Type of NONPRIORITY unsecured claim:**
❑ Student Loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
O Other.　Specify <u>credit card - household expenses</u>

| | | |
|---|---|---|
| **4.3** | **Last 4 digits of account number 7665** | $1,611.53 |
| Credit One | | |
| PO Box 98872 | **When was the debt incurred? 2022** | |
| Las Vegas NV 89193-8873 | | |

**Who incurred the debt?**  Check one
O Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
O No
O Yes

**As of the date you file, the claim is:** check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**
❑ Student Loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
O Other.  Specify credit card - household expenses

---

| | | |
|---|---|---|
| **4.4** | **Last 4 digits of account number 1834** | $2,550.91 |
| Capital One | | |
| PO Box 31293 | **When was the debt incurred? 2022** | |
| Salt Lake City UT 84131 | | |

**Who incurred the debt?**  Check one
O Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
O No
O Yes

**As of the date you file, the claim is:** check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**
❑ Student Loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
O Other.  Specify credit card - household expenses

---

| | | |
|---|---|---|
| **4.5** | **Last 4 digits of account number 2208** | $4,162.52 |
| Capital One | | |
| PO Box 31283 | **When was the debt incurred?  2022** | |
| Salt Lake City UT 84131 | | |

**Who incurred the debt?**  Check one
O Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
O No
O Yes

**As of the date you file, the claim is:** check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**
❑ Student Loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
O Other.  Specify credit card - household expenses

**4.6**
Fortiva
PO Box 105555
Atlanta GA 30348

**Who incurred the debt?**  Check one
O Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
O No
O Yes

**Last 4 digits of account number 2328**          $1,131.24

**When was the debt incurred? 2022**

**As of the date you file, the claim is:** check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**
❑ Student Loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
O Other.  Specify credit card - household expenses

---

**4.7**
Fortiva
PO Box 105555
Atlanta GA 30348

**Who incurred the debt?**  Check one
O Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
O No
O Yes

**Last 4 digits of account number 5516**          $743.91

**When was the debt incurred? 2019**

**As of the date you file, the claim is:** check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**
❑ Student Loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
O Other.  Specify credit card - household expenses

---

**4.8**
Bozeman Health
915 Highland Boulevard
Bozeman MT 59715

**Who incurred the debt?**  Check one
O Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
O No
O Yes

**Last 4 digits of account number 1781**          $560.80

**When was the debt incurred? 2021**

**As of the date you file, the claim is:** check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**
❑ Student Loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
O Other.  Specify medical - surgery/doctor/pharmacy

| | | |
|---|---|---|
| 4.9<br>Best Egg<br>PO Box 42912<br>Philadelphia PA 19101 | **Last 4 digits of account number 1171** | $11,924.00 |

**When was the debt incurred? 2022**

**Who incurred the debt?**  Check one
O Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
O No
❑ Yes

**As of the date you file, the claim is:** check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**
❑ Student Loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
O Other.  Specify personal loan

---

| | | |
|---|---|---|
| 5.0<br>Northwestern Energy<br>Attn: Credit Department<br>11 East Park Street<br>Butte MT 59701 | **Last 4 digits of account number 2238** | $1,024.00 |

**When was the debt incurred? 2022**

**Who incurred the debt?**  Check one
O Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
O No
❑ Yes

**As of the date you file, the claim is:** check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**
❑ Student Loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
O Other.  Specify utility

---

| | | |
|---|---|---|
| 5.1<br>Pure Dermatology<br>2232 West Kagy Boulevard<br>Bozeman MT 59718 | **Last 4 digits of account number 3067** | $321.00 |

**When was the debt incurred? 2022**

**Who incurred the debt?**  Check one
O Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
O No
❑ Yes

**As of the date you file, the claim is:** check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**
❑ Student Loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
O Other.  Specify medical - surgery/doctor/pharmacy

---

5.2
Matthew Schuster
1163 Rapelie Road
Big Timber MT 59011

**Who incurred the debt?**  Check one
O Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
O No
O Yes

**Last 4 digits of account number_____**          <u>unknown</u>

**When was the debt incurred? <u>2021</u>**

**As of the date you file, the claim is:** check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**
❑ Student Loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
O Other.  Specify <u>contingent liability personal guarantee for company loan</u>

---

5.3
Graham Francis
1014 East Franklin Street
Boise ID 83712

**Who incurred the debt?**  Check one
O Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
O No
O Yes

**Last 4 digits of account number _____**          <u>unknown</u>

**When was the debt incurred? <u>May 2021</u>**

**As of the date you file, the claim is:** check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**
❑ Student Loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
O Other.  Specify <u>contingent liability personal guarantee for company loan</u>

---

5.5
Tim Ibey
PO Box 16061
Missoula MT 59808

**Who incurred the debt?**  Check one
O Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
O No
❑ Yes

**Last 4 digits of account number _____**          <u>unknown</u>

**When was the debt incurred? <u>April 2021</u>**

**As of the date you file, the claim is:** check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**
❑ Student Loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
O Other.  Specify <u>contingent liability personal guarantee for company loan</u>

5.6
KS Hydroseed
4430 MT Hwy 200 East
Missoula MT 59802

**Who incurred the debt?** Check one
O Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
O No
❑ Yes

**Last 4 digits of account number** _____      <u>unknown</u>

**When was the debt incurred?** <u>2021</u>

**As of the date you file, the claim is:** check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**
❑ Student Loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
O Other.  Specify <u>contingent liability personal guarantee for company loan</u>

Debtor 1 <u>Michael Wilson Marrow</u>　　Case number *(if known)* _____
First Name, Middle Name, Last Name

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect form you for a debt you owe to someone else, list the creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

CB1, Inc. dba CBB Collections, Inc.
PO Box 31213
3318 3rd Ave North Suite 100
Billings, MT 59107-1213

**One which entry in Part 1 or Part 2 did you enter the creditor?**

Line <u>5.0</u> of (check one):　❏ Part 1: Creditors with Priority Unsecured Claims
　　　　　　　　　　　　　　○ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number <u>2238</u>**

Credit Systems, Inc.
dba Rocky Mountain Professional Solutions
PO Box 875
Helena MT 59624

**One which entry in Part 1 or Part 2 did you enter the creditor?**

Line <u>5.1</u> of (check one):　❏ Part 1: Creditors with Priority Unsecured Claims
　　　　　　　　　　　　　　○ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number <u>3067</u>**

Grant Dickson
Silverman Law Office, PLLC
504 West Main Street
Bozeman MT 59715

**One which entry in Part 1 or Part 2 did you enter the creditor?**

Line <u>5.2</u> of (check one):　❏ Part 1: Creditors with Priority Unsecured Claims
　　　　　　　　　　　　　　○ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number _____**

Debtor 1 <u>Michael Wilson Marrow</u>                                  Case number *(if known)* _____
        First Name, Middle Name, Last Name

| **Part 4:** | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6.      **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

                                                                             **Total Claim**

**Total claims from Part 1**

6a.  **Domestic support obligations**         6a.  <u>$0.00</u>

6b.  **Taxes and certain other debts you owe the government**    6b.  <u>$15,606.85</u>

6c.  **Claims for death or personal injury while you were intoxicated.**  6c.  <u>$0.00</u>

6d.  **Other.** Add all other priority unsecured claims. Write that amount here.  6d. +  <u>$0.00</u>

6e.  Total. Add lines 6a through 6d.  6e.  <u>$15,606.85</u>

                                                                             **Total Claim**

**Total claims from Part 2**

6f.  **Student loans**    6f.  <u>$0.00</u>

6g.  **Obligations arising out of a separation agreement or divorce that you did not report as priority claims.**  6g.  <u>$0.00</u>

6h.  **Debts to pension or profit-sharing plans, and other similar debts.**  6h.  <u>$0.00</u>

6i.  **Other.** Add all other nonpriority unsecured claims. Write that amount here.  6i +  <u>$27,017.91</u>

6j.  **Total.** Add lines 6f through 6i.  6j.  <u>$27,017.91</u>

Fill in this information to identify your case:

Debtor 1    Michael Wilson Marrow

Debtor 2
(Spouse, if filing)    _____

United States Bankruptcy Court for the District of Montana

Case number _____

❑ Check if this is an amended filing

**Official Form 106G**

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contract or unexpired leases?**
    O  No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
    ❑  Yes.  Fil lin all of the information below even if the contract or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).**

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| 2.1 | |

Fill in this information to identify your case:

Debtor 1      Michael Wilson Marrow

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the District of Montana

Case number _____

❑ Check if this is an amended filing

## Official Form 106H

# Schedule H: Your Codebtors                                             12/15

**Codebtors are people or entities who are also liable for any debts you may have. Be as a complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.**

1.      **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.
        ❑ No
        O Yes

2.      **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

        O No. Go to line 3.
        ❑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
                ❑ No.
                ❑ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

        _____
        Name of your spouse, former spouse, or legal equivalent

        _____
        Number          Street

        _____
        City                        State                  ZIP Code

3.      **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

Column 1: **Your codebtor**                          Column 2: **The creditor to whom you owe the debt**

3.1                                                 Check all schedules that apply:
Lindsey Marrow
19000 Pioneer Road                                 O Schedule D, line 2.2, 2.3
Three Forks MT 59752                               O Schedule E/F, line 4.1
                                                   ❑ Schedule G, line

Fill in this information to identify your case:

Debtor 1      Michael Wilson Marrow

Debtor 2
(Spouse, if filing)      _____

United States Bankruptcy Court for the District of Montana

Case number _____

# Official Form 106I

Check if this is an amended filing
❑ An amended filing
❑ A supplemental showing postpetition chapter 7 income of the
 of the following date:

_____
MM / DD / YYYY

# Schedule I: Your Income                                                       **12/15**

Be as complete and accurate as possible.  If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information.  If you are married and not filing jointly, and your spouse is living with you, include information about your spouse.  If you are separated and your spouse is not filing with you, do not include information about your spouse.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (f known).  Answer every question.

| Part 1: | Describe Employment |
| --- | --- |

|  |  | **Debtor 1** | **Debtor 2 or non-filing spouse** |
| --- | --- | --- | --- |
| **1. Fill in your employment information.** | **Employment Status** | O Employed ❑ Not Employed | O Employed ❑ Not Employed |
| If you have more than one job, attach a separate page with information about additional employers. | **Occupation** | Sales Representative | Owner |
| | **Employer's name** | Productivity | Running Bare |
| Include part-time, seasonal or self-employed work. | **Employer's address** | 15150 25th Avenue North Plymouth MN 55447 | 705 Osterman Drive, Suite F Bozeman MT 59715 |
| Occupation may include student or homemaker, if it applies. | **How long employed there?** | 6 months | 6 years |

| Part 2: | Give Details About Monthly Income |
| --- | --- |

Estimate monthly income as of the date you file this form.  If you have nothing to report for any line, write $0 in the space.  Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below.  If you need more space, attach a separate sheet to this form.

|  |  | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
| --- | --- | --- | --- |
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $6,084.76 | $0.00 |
| 3. **Estimate and list monthly overtime pay.** | 3. | $0.00 | $0.00 |
| 4. **Calculate gross income.**  Add line 2 + line 3. | 4. | $6,084.76 | $0.00 |
| 5. **List all payroll deductions:** | 5. | | |
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $1,110.67 | $0.00 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $0.00 | $0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $121.68 | $0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $0.00 | $0.00 |

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |  |
|---|---|---|---|---|
| 5e. **Insurance** | 5e. | $563.54 | $0.00 |  |
| 5f. **Domestic support obligations** | 5f. | $0.00 | $0.00 |  |
| 5g. **Union dues** | 5g. | $0.00 | $0.00 |  |
| 5h. **Other deductions.** Specify: _____ | 5h. | $0.00 | $0.00 |  |
| 6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $1,795.89 | $0.00 |  |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $4,288.87 | $0.00 |  |

8. **List all other income regularly received:**

| | | | | |
|---|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm.** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net  income. | 8a. | $0.00 | $2,554.84 |  |
| 8b. **Interest and dividends** | 8b. | $0.00 | $0.00 |  |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive.** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $0.00 | $0.00 |  |
| 8d. **Unemployment Compensation** | 8d. | $0.00 | $0.00 |  |
| 8e. **Social Security** | 8e. | $0.00 | $0.00 |  |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental  Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $0.00 | $0.00 |  |
| 8g. **Pension or retirement income** | 8g. | $0.00 | $0.00 |  |
| 8h. **Other monthly income.** Specify: _____ | 8h. | $0.00 | $0.00 |  |
| 9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $0.00 | $0.00 |  |
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $4,288.87 | $2,554.84 | $6,843.71 |

11. State all regulator contributions to the expenses that you list in *Schedule J.*
    Include contributions form an unmarried partner, members of your household, your dependants, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
    Specify: _____     11. +     $0.00

12. Add the amount in the last column of line 10 to the amount in line 11.  The result is the combined monthly income.
    Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies.     12.     $6,843.71
    Combined monthly income

13. Do you expect an increase or decrease within the year after you file this form?

    ○ No.
    ❏ Yes.  Explain:

    |  |
    |---|
    |  |

Fill in this information to identify your case:

Debtor 1 _Michael Wilson Marrow_

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the District of Montana

Case number _____

## Official Form 106J

Check if this is:
❑ An amended filing
❑ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Your Household |
|---|---|

1. **Is this a joint case?**

    O No. Go to line 2.
    ❑ Yes. **Does Debtor 2 live in a separate household?**
        O No.
        ❑ Yes. Debtor 2 must file Official Form 106-J-2, *Expenses for Separate Household of Debtor 2*

2. **Do you have dependants?**

| | | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|---|
| | ❑ No<br>❑ Yes. Fill out this information for each dependent .......................... | | | |
| Do not list Debtor 1 and Debtor 2. | | _____ | _____ | ❑ No<br>❑ Yes |
| Do not state the dependents' names. | | _____ | _____ | ❑ No<br>❑ Yes |
| | | _____ | _____ | ❑ No<br>❑ Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?
    O No
    ❑ Yes

| Part 2: | Estimate Your Ongoing Monthly Expenses |
|---|---|

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

| Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I:* Your Income (Official Form 106I) | | **Your expenses** |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $2,065.00 |
| **If not included in line 4:** | | |
| 4a. Real estate taxes | 4a. | $0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $0.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $125.00 |
| 4d. Homeowners's association or condominium dues | 4d. | $0.00 |
| 5. **Additional mortgage payments for your residence**, such as home equity loans | | $0.00 |

|  | Your expenses |
|---|---|

6. **Utilities:**

| | | |
|---|---|---|
| 6a. Electricity, heat, natural gas | 6a. | $350.00 |
| 6b. Water, sewer, garbage collection | 6b. | $10.00 |
| 6c. Telephone, cell phone, internet, satellite, and cable services | 6c. | $165.00 |
| 6d. Other. Specify: _____ | 6d. | $0.00 |

| | | |
|---|---|---|
| 7. **Food and housekeeping supplies** | 7. | $400.00 |
| 8. **Childcare and children's education costs** | 8. | $0.00 |
| 9. **Clothing. Laundry, and dry cleaning** | 9. | $50.00 |
| 10. **Personal care products and services** | 10. | $100.00 |
| 11. **Medical and dental expenses** | 11. | $200.00 |
| 12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $200.00 |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $150.00 |
| 14. **Charitable contributions and religious donations** | 14. | $0.00 |

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

| | | |
|---|---|---|
| 15a. Life insurance | 15a. | $0.00 |
| 15b. Health insurance | 15b. | $0.00 |
| 15c. Vehicle insurance | 15c. | $430.00 |
| 15d. Other insurance. Specify: _____ | 15d. | $0.00 |

| | | |
|---|---|---|
| 16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.<br>Specify: _____ | 16. | $0.00 |

17. **Installment or lease payments:**

| | | |
|---|---|---|
| 17a. Car payments for 2015 Ford F150 | 17a. | $687.00 |
| 17b. Car payments for 2005 Chevrolet Suburban and 2006 Infiniti FX35 | 17b. | $312.00 |
| 17c. Other. Specify: unsecured loan repayment (Sky Federal Credit Union cross collateralized) | 17c. | $170.00 |
| 17d. Other. Specify: cell phone $57.53, groceries $400, student loans $92.00, credit cards $150, Edward Jones $100, dog food $159, Acorn investment account $95. | 17d. | $1,053.53 |

| | | |
|---|---|---|
| 18. **Your payments of alimony, maintenance, and support you did not report as deducted from your pay on line 5, *Schedule I, Your income* (Official Form 106I)** | 18. | $0.00 |
| 19. **Other payments you make to support others who do not live with you.**<br>Specify: _____ | 19. | $0.00 |

20. **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your income.**

| | | |
|---|---|---|
| 20a. Mortgage on other property | 20a. | $0.00 |
| 20b. Real estate taxes | 20b. | $0.00 |
| 20e. Homeowner's association or condominium dues | 20e. | $0.00 |
| 21. **Other:** Specify: _____ | 21. | $0.00 |

21. **Other:** Specify: <u>storage unit</u>                                          21.                    $62.00

22. **Calculate your monthly expenses.**                                    22.

    22a.  Add lines 4 through 21.                                       22a.                 $6,529.53

    22b.  Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106-J-2     22b.                    $0.00

    22c.  Add lines 22a and 22b.  The result is your monthly expenses.     22c.                 $6,529.53

23. **Calculate your monthly net income.**

    23a. Copy line 12 (your combined monthly income) from Schedule I.     23a.                 $6,843.71

    23b. Copy your monthly expenses from line 22c above.              23b.                 $6,529.53

    23c. Subtract your monthly expenses from your monthly income.
         The result is your *monthly net income.*                 23c.                   $314.18

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your
    mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

       O No.
       ❏ Yes.  Explain:

Fill in this information to identify your case:

Debtor 1    Michael Wilson Marrow

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the District of Montana

Case number _____

❑ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever *you* file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in con***nection* **with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

▮▮▮▮▮▮▮▮ **Sign Below**

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

○ No

❑ Yes. Name of person _____. Attach Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

/s/ Michael Wilson Marrow                                            _____
Signature of Debtor 1                                                       Signature of Debtor 2

Date July 13, 2023                                                            Date _____
　　　MM / DD / YYYY                                                      　MM / DD / YYYY

Fill in this information to identify your case:

Debtor 1   <u>Michael Wilson Marrow</u>

Debtor 2   _____
(Spouse, if filing)

United States Bankruptcy Court for the District of Montana

Case number _____

❏ Check if this is an amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy     04/19

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

| Page 1: | Give Details About Your Marital Status and Where You Lived Before |
|---|---|

1. **What is your current marital status?**
   - O Married
   - ❏ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   - O No
   - ❏ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | From<br>To | ❏ Same as Debtor 1 | ❏ Same as Debtor 1<br><br>From<br>To |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   - O No
   - ❏ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Part 2: | Explain the Sources of Your Income |

**4.** **Did you have any income from employment or from operating a business during this year or the two previous calender years?** Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

❏ No
O Yes.  Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | **Sources of Income**<br>Check all that apply | **Gross Income**<br>(before deductions and exclusions) | **Sources of Income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | O Wages, commissions, bonuses, tips<br><br>❏ Operating a business | $36,820.69 |  |  |
| **For last calender year:**<br>(January 1 to December 31, 2022) | O Wages, commissions, bonuses, tips<br><br>❏ Operating a business | $24,500.00 |  |  |
| **For last calender year:**<br>(January 1 to December 31, 2021) | O Wages, commissions, bonuses, tips<br><br>❏ Operating a business | $52,500.00 |  |  |

**5.** **Did you receive any other income during this year or the two previous calender years?**
Include income regardless of whether that income is taxable.  Examples of other income are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings.  If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately.  Do not include income that you listed in line 4.

❏ No
O Yes.  Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | **Sources of Income**<br>Describe below. | **Gross Income from each source**<br>(before deductions and exclusions) | **Sources of Income**<br>Describe below. | **Gross Income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | 401(k) distribution | $4,934.00 |  |  |
| **For last calender year:**<br>(January 1 to December 31, 2022) | 401(k) distribution<br>Sale of asset | $15,000.00<br>$3,500.00 |  |  |
| **For last calender year:**<br>(January 1 to December 31, 2021) |  |  |  |  |

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |

**6.**     **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

❑ **No.**   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family or household purpose."*

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

❑ No.   Go to Line 7.
❑ Yes.  List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/2022 and every 3 years after that for cases filed on or after the date of adjustment.

O **Yes.**   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $725 or more?

❑ No.   Go to Line 7.
❑ Yes.  List below each creditor to whom you paid a total of $725 or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of Payments | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| Freedom Mortgage<br>951 Yamato Road<br>Boca Raton FL 33431 | 05/01/2023<br>06/01/2023<br>07/01/2023 | $2,065.00<br>$2,065.00<br>$2,065.00 | $329,583.00 | O Mortgage<br>❑ Car<br>❑ Credit card<br>❑ Loan repayment<br>❑ Suppliers or vendors<br>❑ Other _____ |
| Credit Acceptance<br>25505 West 12 Mile Road, Suite 3000<br>Southfield MI 48034-8339 | 04/15/2023<br>05/15/2023<br>06/15/2023 | $687.00<br>$687.00<br>$687.00 | $21,780.00 | ❑ Mortgage<br>O Car<br>❑ Credit card<br>❑ Loan repayment<br>❑ Suppliers or vendors<br>❑ Other _____ |
| Sky Federal Credit Union<br>PO Box 1690<br>Livingston MT 59047 | 04/13/2023<br>05/13/2023<br>06/13/2023 | $312.00<br>$312.00<br>$312.00 | $5,830.00 | ❑ Mortgage<br>O Car<br>❑ Credit card<br>❑ Loan repayment<br>❑ Suppliers or vendors<br>❑ Other _____ |
| Sky Federal Credit Union<br>PO Box 1690<br>Livingston MT 59047 | 04/20/2023<br>05/20/2023<br>06/20/2023 | $170.00<br>$170.00<br>$170.00 | $818.00 | ❑ Mortgage<br>❑ Car<br>❑ Credit card<br>O Loan repayment<br>❑ Suppliers or vendors<br>❑ Other _____ |

**7.**   **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
Insiders include your relatives; and general partners; relatives of any general partners; partnerships of which you are a general partner; corporations fo which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

O No
❑ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of Payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

**8.** **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefitted an insider?  Include payments on debts guaranteed or consigned by an insider?**

    ○ No

    ❏ Yes.  List all payments that benefitted an insider.

| Insider's Name and Address | Dates of Payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
|  |  |  |  |  |

| Part 4: | Identify Legal Actions, Repossessions, and Foreclosures |
|---|---|

**9.** **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including persona injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ❏ No

    ○ Yes.  Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Matthew R. Schuster v. Hawthorn Holdings, Inc., Robert Henderson, Mackenzie River Engineering, Inc., Bridger Machine, Inc. and Michael Marrow<br><br>Case number: DV-23-217A | Collection | District Court, Gallatin County, Montana | ○ Pending<br>❏ On appeal<br>❏ Concluded |

**10.** **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

    ○ No.  Go to line 11.

    ❏ Yes.  Fill in the information below.

| Creditor Name and Address | Describe the property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
|  | Explain what happened<br><br><br>❏ Property was repossessed.<br>❏ Property was foreclosed.<br>❏ Property was garnished.<br>❏ Property was attached, seized, or levied. |  |  |

**11.** **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

    ○ No

    ❏ Yes.  Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
|  |  |  |  |

**12.** **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

    ○ No

    ❏ Yes

| Part 5: | List Certain Gifts and Contributions |
|---------|--------------------------------------|

13.    **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

O No
❑ Yes.  Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Who You Gave the Gift and Address: | Describe the gifts | Dates you have the gifts | Value |
|---|---|---|---|

14.    **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

O No
❑ Yes.  Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|

| Part 6: | List Certain Losses |
|---------|---------------------|

15.    **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

O No
❑ Yes.  Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid.  List pending insurance claims on line 33 of *Schedule A/B: Property* | Date of your loss | Value of Property lost |
|---|---|---|---|

| Part 7: | List Certain Payments or Transfers |
|---------|-------------------------------------|

16.    **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
       Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

❑ No
O Yes.  Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Stuart R. Whitehair<br>Stuart R. Whitehair, P.C.<br>2123 Durston Road, Suite 17<br>Bozeman MT 59718<br>stuartwhitehair@gmail.com | Attorney's fees | June 26, 2023 | $1,813.00 |
| CC Advising, Inc.<br>703 Washington Avenue, Suite 200<br>Bay City, MI 48708<br>ccadvising.com | Credit Counseling | June 26, 2023 | $14.99 |

**17.** **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

O No
❑ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| | | | |

**18.** **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

❑ No
O Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of any property transferred | Described any property or payments received or debts paid in exchange | Date Transfer was made |
|---|---|---|---|
| Craigslist<br><br>No relation | Yellowstone Drifter drift boat valued at $3,500.00 | Sold Yellowstone Drifter drift boat for $3,500.00. Proceeds used for Debtor's business. | June 2022 |

**19.** **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device or which you are a beneficiary?** (These are often called *asset-protection devices*.)

O No
❑ Yes. Fill in the details.

| Name of Trust | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| | | |

| Part 8: | List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

**20.** **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates or deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperative, associations, and other financial institutions.

❑ No
O Yes. Fill in the details.

| Name of Financial Institution and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Rocky Mountain Bank<br>2901 West Main Street<br>Bozeman MT 59718 | xxxx-7109 | O Checking<br>❑ Savings<br>❑ Money market<br>❑ Brokerage<br>❑ Other _____ | July 2022 | $0.00 |

**21.** **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

O No
❑ Yes. Fill in the details.

| Name of Financial Institution Address | Who else had access to it? Address | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | ❑ No ❑ Yes |

**22.** **Have you stored property in a storage unit or place other than your home within 1 year before you filed bankruptcy?**

❑ No
O Yes. Fill in the details.

| Name of Storage Facility Address | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Silver Eagle Storage 103 West Missoula Avenue Belgrade MT 59714 | N/A | Household furniture | ❑ No O Yes |

| **Part 9:** | **Identify Property You Hold or Control for Someone Else** |
|---|---|

**23.** Do you hold or control any property that someone else owns?  Include any property you borrowed from, are storing for, or hold in trust for someone.

O No
❑ Yes. Fill in the details.

| Owner's Name Address | Where is the property? | Describe the property | Value |
|---|---|---|---|
| | | | |

| **Part 10:** | **Give Details About Environmental Information** |
|---|---|

**For the purpose of Part 10, the following definitions apply:**

\#    *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

\#    *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

\#    *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notes, releases, and proceedings that you know about, regardless of when they occurred.

**24.** **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

O No
❑ Yes. Fill in the details.

| Name of site Address | Governmental unit Address | Environmental law, if you now it | Date of notice |
|---|---|---|---|
| | | | |

**25.**    **Have you notified any governmental unit of any releases of hazardous material?**

    O No
    ❑ Yes.  Fill in the details.

| Name of site<br>Address | Governmental unit<br>Address | Environmental law, if you now it | Date of notice |
|---|---|---|---|
| | | | |

**26.**    **Have you been a party in any judicial or administrative proceeding under any environmental law?  Include settlements and orders.**

    O No
    ❑ Yes.  Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address | Nature of the case | Status of the case |
|---|---|---|---|
| | | | ❑ Pending<br>❑ On appeal<br>❑ Concluded |

---

| Part 11: | Give Details About Your Business or Connections to Any Business |
|---|---|

**27.**    **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**
    ❑ A sole proprietor of self-employed in a trade, profession, or other activity, either full-time or part-time
    ❑ A member of a limited liability company (LLC) or limited liability partnership (LLP)
    ❑ A partner in a partnership
    ❑ An officer, director, or managing executive of a corporation
    O An owner of at least 5% of the voting or equity securities of a corporation

❑ No.  None of the above applies.  Go to Part 12.
O Yes.  Check all that apply above and fill in the details below for each business.

| Business Name<br>Address | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br><br>Do not include Social Security number or ITIN. |
|---|---|---|
| Bridger Machine<br>201 South Weaver Street, Suite B<br>Belgrade MT 59714 | Machine Shop<br><br>_____<br><br>Gallatin Valley Tax Service | EIN: 86-1683661<br><br>**Dates business existed:**<br><br>From April 2022 To December r2022 |

**28.**    **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?  Include all financial institutions, creditors, or other parties.**

    O No
    ❑ Yes.  Fill in the details below.

| Name<br>Address | Date issued |
|---|---|
| | _____<br>MM / DD / YYYY |

Debtor 1   <u>Michael Wilson Marrow</u>                                    Case number *(if known)* _____
               First Name, Middle Name, Last Name

| Part 12: | Sign Below |

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct.  I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**


<u>   /s/ Michael Wilson Marrow</u>                              _____
Signature of Debtor 1                                              Signature of Debtor 2


Date <u>July 13, 2023</u>                                          Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official From 107)?

O No
❑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

O No
❑ Yes.  Name of person _____.   Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Fill in this information to identify your case:

Debtor 1    <u>Michael Wilson Marrow</u>

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the District of Montana

Case number _____

❑ Check if this is an amended filing

# Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 13     12/15

**If you are an individual filing under Chapter 7, you must fill out this form if :**
\#       creditors have claims secured by your property, or
\#       you have leased personal property and the lease has not expired.
You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for meeting or creditors, whichever is earlier, unless the court extends the time for cause.  You must also send copies to the creditors and lessors you list on the form.
If two married people are filing together in a joint case, both are equally responsible for supplying correct information.
Be as complete and accurate as possible.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).

| Part 1: | List Your Creditors Who Have Secured Claims |
|---|---|

1.     **For any creditors that you listed in Part 1 or Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: Freedom Mortgage<br><br>Description of property securing debt:  19000 Pioneer Road, Three Forks MT 59752 | ❑ Surrender the property.<br>❑ Retain the property and redeem it.<br>O Retain the property and enter into a *Reaffirmation Agreement.*<br>❑ Retain the property and [explain]:<br>_____ | ❑ No<br>O Yes |
| Creditor's name: Credit Acceptance<br><br>Description of property securing debt: 2015 Ford F150 | ❑ Surrender the property.<br>❑ Retain the property and redeem it.<br>O Retain the property and enter into a *Reaffirmation Agreement.*<br>❑ Retain the property and [explain]:<br>_____ | ❑ No<br>O Yes |
| Creditor's name: Sky Federal CU<br><br>Description of property securing debt: 2006 Infiniti FX35 and 2005 Chevrolet Suburban | ❑ Surrender the property.<br>❑ Retain the property and redeem it.<br>O Retain the property and enter into a *Reaffirmation Agreement.*<br>❑ Retain the property and [explain]:<br>_____ | ❑ No<br>O Yes |

Debtor 1    Michael Wilson Marrow
            First Name, Middle Name, Last Name                          Case number *(if known)* _____

---

| **Part 2:** | **List Your Unexpired Personal Property Leases** |

**For any expired personal property lease that you listed in** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 106G), fill in the information below.  Do not list real estate leases.  *Unexpired Leases* are leases that are still in effect; the lease period has not yet ended.  You may assume an unexpired personal property lease if the trustee does not assume it.  11 U.S.C. § 365(p)(2).**

**Describe your unexpired personal property leases**                    **Will the lease be assumed?**

Lessor's name:                                                          ❑ No
                                                                       ❑ Yes
Description of leased
property:

---

| **Part 3:** | **Sign Below** |

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

  /s/ Michael Wilson Marrow                          _____
Signature of Debtor 1                                Signature of Debtor 2

Date July 13, 2023                                   Date _____
     MM / DD / YYYY                                       MM / DD / YYYY