| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| 43E | 005777 | 212000 | A | 0000270027 | 062 1 |

# Earnings Statement



PRODUCTIVITY INC
15150 25TH AVENUE NORTH
MINNEAPOLIS, MN 55447-1981

Period Beginning: 06/18/2023
Period Ending: 07/01/2023
Pay Date: 07/07/2023

Filing Status: Married filing jointly
Exemptions/Allowances:
   Federal: Standard Withholding Table

MICHAEL W MARROW
19000 PIONEER ROAD
THREE FORKS MT 59752

| **Earnings** | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2692.31 | 80.00 | 2,692.31 | 32,307.72 |
| Vehicle Allow | | | 350.00 | 4,200.00 |
| Commission 1 | | | | 312.97 |
| **Gross Pay** | | | **$3,042.31** | 36,820.69 |

Your federal taxable wages this period are
$2,828.29

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -194.63 | 2,346.93 |
| | Social Security Tax | -177.24 | 2,146.28 |
| | Medicare Tax | -41.45 | 501.95 |
| | MT State Income Tax | -142.00 | 1,713.00 |
| | **Other** | | |
| | DENTAL PRETAX | -23.00* | 276.00 |
| | Life Employee | -60.75 | 729.00 |
| | Life Spouse | -3.30 | 39.60 |
| | Long Term Dis | -34.12 | 409.44 |
| | Medical Pretax | -155.00* | 1,860.00 |
| | ROTH | -30.42 | 273.41 |
| | Vision Pretax | -5.60* | 67.20 |
| | 401K | -30.42* | 273.41 |
| | Pi Logo | | 36.75 |
| | **Net Pay** | **$2,144.38** | |
| | Checking | -2,144.38 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Emplyr Medical | 474.12 | 5,689.44 |
| 401K Er Match | 60.84 | 546.82 |
| Totl Hrs Worked | 80.00 | |

**Important Notes**
COMPANY PH#:+1 763 476 8600

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**
Exemptions/Allowances:
  MT:     2

* Excluded from federal taxable wages

© 2000 ADP, Inc.

---

PRODUCTIVITY INC
15150 25TH AVENUE NORTH
MINNEAPOLIS, MN 55447-1981

Advice number: 00000270027
Pay date: 07/07/2023



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| MICHAEL W MARROW | xxxxxxxx5361 | xxxx xxxx | $2,144.38 |

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| 43E | 005777 | 212000 | A | 0000250048 | 062 1 |

# Earnings Statement



PRODUCTIVITY INC  
15150 25TH AVENUE NORTH  
MINNEAPOLIS, MN 55447-1981

Period Beginning: 06/04/2023  
Period Ending: 06/17/2023  
Pay Date: 06/23/2023

Filing Status: Married filing jointly  
Exemptions/Allowances:  
   Federal: Standard Withholding Table

MICHAEL W MARROW  
19000 PIONEER ROAD  
THREE FORKS MT 59752

**Earnings**

| | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2692.31 | 80.00 | 2,692.31 | 29,615.41 |
| Vehicle Allow | | | 350.00 | 3,850.00 |
| Commission 1 | | | | 63.77 |
| **Gross Pay** | | | **$3,042.31** | 33,529.18 |

Your federal taxable wages this period are $2,828.29

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Emplyr Medical | 474.12 | 5,215.32 |
| 401K Er Match | 60.84 | 481.00 |
| Totl Hrs Worked | 80.00 | |

**Deductions**

Statutory
| | | |
|---|---|---|
| Federal Income Tax | -194.63 | 2,152.30 |
| Social Security Tax | -177.24 | 1,953.59 |
| Medicare Tax | -41.45 | 456.89 |
| MT State Income Tax | -142.00 | 1,569.00 |

Other
| | | |
|---|---|---|
| DENTAL PRETAX | -23.00* | 253.00 |
| Life Employee | -60.75 | 668.25 |
| Life Spouse | -3.30 | 36.30 |
| Long Term Dis | -34.12 | 375.32 |
| Medical Pretax | -155.00* | 1,705.00 |
| ROTH | -30.42 | 240.50 |
| Vision Pretax | -5.60* | 61.60 |
| 401K | -30.42* | 240.50 |
| Pi Logo | | 36.75 |
| **Net Pay** | **$2,144.38** | |
| Checking | -2,144.38 | |
| **Net Check** | **$0.00** | |

**Important Notes**

COMPANY PH#:+1 763 476 8600

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**

Exemptions/Allowances:  
  MT: 2

\* Excluded from federal taxable wages

© 2000 ADP, Inc.

---

PRODUCTIVITY INC  
15150 25TH AVENUE NORTH  
MINNEAPOLIS, MN 55447-1981

Advice number: 00000250048  
Pay date: 06/23/2023



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| MICHAEL W MARROW | xxxxxxxxx5361 | xxxx xxxx | $2,144.38 |

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 062 |
|---|---|---|---|---|---|
| 43E | 005777 | 212000 | A | 0000230028 | 1 |



# Earnings Statement

PRODUCTIVITY INC  
15150 25TH AVENUE NORTH  
MINNEAPOLIS, MN 55447-1981

Period Beginning: 05/21/2023  
Period Ending: 06/03/2023  
Pay Date: 06/09/2023

Filing Status: Married filing jointly  
Exemptions/Allowances:  
  Federal: Standard Withholding Table

MICHAEL W MARROW  
19000 PIONEER ROAD  
THREE FORKS MT 59752

### Earnings

| | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2692.31 | 80.00 | 2,692.31 | 26,923.10 |
| Vehicle Allow | | | 350.00 | 3,500.00 |
| Commission 1 | | | | 63.77 |
| **Gross Pay** | | | **$3,042.31** | 30,486.87 |

Your federal taxable wages this period are $2,828.29

### Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Emplyr Medical | 474.12 | 4,741.20 |
| 401K Er Match | 60.84 | 420.16 |
| Totl Hrs Worked | 80.00 | |

### Deductions

**Statutory**

| | | |
|---|---|---|
| Federal Income Tax | -194.63 | 1,957.67 |
| Social Security Tax | -177.24 | 1,776.35 |
| Medicare Tax | -41.45 | 415.44 |
| MT State Income Tax | -142.00 | 1,427.00 |

**Other**

| | | |
|---|---|---|
| DENTAL PRETAX | -23.00* | 230.00 |
| Life Employee | -60.75 | 607.50 |
| Life Spouse | -3.30 | 33.00 |
| Long Term Dis | -34.12 | 341.20 |
| Medical Pretax | -155.00* | 1,550.00 |
| ROTH | -30.42 | 210.08 |
| Vision Pretax | -5.60* | 56.00 |
| 401K | -30.42* | 210.08 |
| Pi Logo | | 36.75 |
| **Net Pay** | **$2,144.38** | |
| Checking | -2,144.38 | |
| **Net Check** | **$0.00** | |

### Important Notes
COMPANY PH#:+1 763 476 8600

BASIS OF PAY: SALARY

### Additional Tax Withholding Information
Exemptions/Allowances:  
  MT: 2

\* Excluded from federal taxable wages

© 2000 ADP, Inc.

---

PRODUCTIVITY INC  
15150 25TH AVENUE NORTH  
MINNEAPOLIS, MN 55447-1981

Advice number: 00000230028  
Pay date: 06/09/2023




Deposited to the account of  
MICHAEL W MARROW

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxx5361 | xxxx xxxx | $2,144.38 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| 43E | 005777 | 212000 | A | 0000210037 | 062 1 |

# Earnings Statement



PRODUCTIVITY INC  
15150 25TH AVENUE NORTH  
MINNEAPOLIS, MN 55447-1981

Period Beginning: 05/07/2023  
Period Ending: 05/20/2023  
Pay Date: 05/26/2023

Filing Status: Married filing jointly  
Exemptions/Allowances:  
    Federal: Standard Withholding Table

MICHAEL W MARROW  
19000 PIONEER ROAD  
THREE FORKS MT 59752

| **Earnings** | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2692.31 | 80.00 | 2,692.31 | 24,230.79 |
| Vehicle Allow | | | 350.00 | 3,150.00 |
| **Gross Pay** | | | **$3,042.31** | 27,380.79 |

Your federal taxable wages this period are $2,828.29

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -194.63 | 1,763.04 |
| | Social Security Tax | -177.24 | 1,595.16 |
| | Medicare Tax | -41.45 | 373.06 |
| | MT State Income Tax | -142.00 | 1,285.00 |
| | **Other** | | |
| | DENTAL PRETAX | -23.00* | 207.00 |
| | Life Employee | -60.75 | 546.75 |
| | Life Spouse | -3.30 | 29.70 |
| | Long Term Dis | -34.12 | 307.08 |
| | Medical Pretax | -155.00* | 1,395.00 |
| | ROTH | -30.42 | 179.02 |
| | Vision Pretax | -5.60* | 50.40 |
| | 401K | -30.42* | 179.02 |
| | Pi Logo | | 36.75 |
| | **Net Pay** | **$2,144.38** | |
| | Checking | -2,144.38 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Emplyr Medical | 474.12 | 4,267.08 |
| 401K Er Match | 60.84 | 358.04 |
| Totl Hrs Worked | 80.00 | |

**Important Notes**  
COMPANY PH#:+1 763 476 8600

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**  
Exemptions/Allowances:  
  MT: 2

* Excluded from federal taxable wages

© 2000 ADP, Inc.

---

PRODUCTIVITY INC  
15150 25TH AVENUE NORTH  
MINNEAPOLIS, MN 55447-1981

Advice number: 00000210037  
Pay date: 05/26/2023

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| MICHAEL W MARROW | xxxxxxxxx5361 | xxxx xxxx | $2,144.38 |



NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 062 |
|---|---|---|---|---|---|
| 43E | 005777 | 212000 | A | 0000190029 | 1 |

# Earnings Statement



PRODUCTIVITY INC  
15150 25TH AVENUE NORTH  
MINNEAPOLIS, MN 55447-1981

Period Beginning: 04/23/2023  
Period Ending: 05/06/2023  
Pay Date: 05/12/2023

Filing Status: Married filing jointly  
Exemptions/Allowances:  
  Federal: Standard Withholding Table

MICHAEL W MARROW  
19000 PIONEER ROAD  
THREE FORKS MT 59752

| **Earnings** | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2692.31 | 80.00 | 2,692.31 | 21,538.48 |
| Vehicle Allow | | | 350.00 | 2,800.00 |
| Gross Pay | | | $3,042.31 | 24,338.48 |

Your federal taxable wages this period are $2,828.29

| **Deductions** | **Statutory** | | |
|---|---|---|---|
| | Federal Income Tax | -194.63 | 1,568.41 |
| | Social Security Tax | -177.24 | 1,417.92 |
| | Medicare Tax | -41.45 | 331.61 |
| | MT State Income Tax | -142.00 | 1,143.00 |
| | **Other** | | |
| | DENTAL PRETAX | -23.00* | 184.00 |
| | Life Employee | -60.75 | 486.00 |
| | Life Spouse | -3.30 | 26.40 |
| | Long Term Dis | -34.12 | 272.96 |
| | Medical Pretax | -155.00* | 1,240.00 |
| | ROTH | -30.42 | 148.60 |
| | Vision Pretax | -5.60* | 44.80 |
| | 401K | -30.42* | 148.60 |
| | Pi Logo | | 36.75 |
| | Net Pay | $2,144.38 | |
| | Checking | -2,144.38 | |
| | Net Check | $0.00 | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Emplyr Medical | 474.12 | 3,792.96 |
| 401K Er Match | 60.84 | 297.20 |
| Totl Hrs Worked | 80.00 | |

**Important Notes**  
COMPANY PH#:+1 763 476 8600

BASIS OF PAY: SALARY

**Additional Tax Withholding Information**  
Exemptions/Allowances:  
  MT: 2

\* Excluded from federal taxable wages

© 2000 ADP, Inc.

---

PRODUCTIVITY INC  
15150 25TH AVENUE NORTH  
MINNEAPOLIS, MN 55447-1981

Advice number: 00000190029  
Pay date: 05/12/2023



Deposited to the account of  
MICHAEL W MARROW

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx5361 | xxxx xxxx | $2,144.38 |

# NON-NEGOTIABLE

# Lindsey Marrow
**Profit and Loss**  Jan 01, 2023 - Dec 31, 2023

## Income

| | |
|---|---:|
| Business Income | $77,574 |
| **TOTAL INCOME** | **$77,574** |

## Expenses

| | |
|---|---:|
| Advertising | $1,660 |
| Car and truck | $8,327 |
| Commissions | $0 |
| Contract labor | $8,858 |
| Entertainment | $0 |
| Equipment rent and lease | $0 |
| Insurance | $1,731 |
| Interest paid | $0 |
| Legal and professional services | $2,485 |
| Loan principal | $4,168 |
| Materials & Supplies | $13,811 |
| Meals | $3,093 |
| Office expenses | $0 |
| Other business expenses | $2,036 |
| Rent and lease (business bldg/land) | $21,852 |
| Repairs and maintenance | $0 |
| Taxes and licenses | $0 |
| Travel expenses | $0 |
| Utilities | $3,300 |
| **TOTAL EXPENSES** | **$71,321** |
| **NET INCOME** | **$6,254** |

# Lindsey Marrow
**Tax Summary 2023**  <span style="float:right">Jan 01, 2023 - Dec 31, 2023</span>

| **Taxable business profit** | **$15,329** |
|---|---:|
| Total income | $77,574 |
| Schedule C deductions | -$62,245 |

## SCHEDULE C DEDUCTIONS

| **Common expenses** | | **$57,279** |
|---|---:|---:|
| CATEGORY | SPENDING | DEDUCTION |
| Advertising | $1,660 | $1,660 |
| Commissions | $0 | $0 |
| Communication | $0 | $0 |
| Contract labor | $8,858 | $8,858 |
| Equipment rent and lease | $0 | $0 |
| Insurance | $1,731 | $1,731 |
| Interest paid | $0 | $0 |
| Legal and professional services | $2,485 | $2,485 |
| Materials & Supplies | $13,811 | $13,811 |
| Meals | $3,093 | $1,546 |
| Office expenses | $0 | $0 |
| Other business expenses | $2,036 | $2,036 |
| Rent and lease (business bldg/land) | $21,852 | $21,852 |
| Repairs and maintenance | $0 | $0 |
| Taxes and licenses | $0 | $0 |
| Travel expenses | $0 | $0 |
| Uncategorized | $0 | $0 |
| Utilities | $3,300 | $3,300 |
| **SUBTOTAL** | **$58,825** | **$57,279** |