Stuart R. Whitehair, P.C.
Attorney at Law
2123 Durston Road, Suite 17
Bozeman MT 59718
Telephone: (406) 587-4200
Fax: (406) 587-4950
E-mail: stuartwhitehair@gmail.com

State Bar I.D. Number 3069
Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| IN RE: | Case No. |
|---|---|
| MICHAEL WILSON MARROW, | **NOTICE OF COMPLIANCE WITH §521** |
| Debtor. | |

Debtor hereby certifies under penalty of perjury that:

1. Pursuant to §521(a)(1)(A), the list of creditors is filed herewith.

2. Pursuant to §521(a)(1)(B), the schedules of (i) assets and liabilities, (ii) current income and expenditures; (iii) statement of financial affairs; and (iv) the proof of delivery of the §342(b) notice to the debtor is filed herewith.

3. Pursuant to §521(a)(1)(B)(iv), the Debtor has filed with the Court copies of all payment advices or other evidence of payment received within 60 days before the date of filing of the Debtors' petition;

4. Pursuant to §521(a)(1)(B)(v), the Debtor has filed with the Court Schedules I and J, showing the amount of monthly net income, itemized to show how the amount is calculated, and the Statement of Current Monthly Income and Means Test Calculation;

5. Pursuant to §521(a)(1)(vi), the Debtor states that:

   \_\_\_\_\_ The Debtor anticipates an increase in income or expenditures over the 12-month period following the date of filing the petition.  Specifically: _____.

      <u>  X  </u>    The Debtor does not anticipate an increase in income or expenditures over the 12-month period following the date of filing the petition.

6. Pursuant to §521(b)(1), the required credit counseling certification is filed herewith.

7. Pursuant to §521(b)(2), the Debtor states that there are no debt repayment plans of the type contemplated by this statute (or, a copy of such repayment plan is filed herewith);

8. Pursuant to §521(c) the Debtor states that:

      <u>      </u>    The Debtor anticipates an increase in income or expenditures over the 12-month period following the date of filing the petition.  Specifically: _____.

      <u>  X  </u>    The Debtor does not anticipate an increase in income or expenditures over the 12-month period following the date of filing the petition.

I declare under penalty of perjury that the foregoing is true and correct.

<u>/s/ Michael Wilson Marrow</u>                      <u>July 13, 2023</u>
Signature of Debtor                              Date

Penalty for making a false statement: Fine up to $250,000 or imprisonment for up to 5 years or both.  18.U.S.C. §§ 152 and 3571.