Stuart R. Whitehair, P.C.
Attorney at Law
2123 Durston Road, Suite 17
Bozeman MT 59718
Telephone: (406) 587-4200
Fax: (406) 587-4950
E-mail: stuartwhitehair@gmail.com

State Bar I.D. Number 3069
Attorney for Debtor(s)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| IN RE: | Case No. |
|---|---|
| MICHAEL WILSON MARROW, | **STATEMENT OF DOMESTIC SUPPORT OBLIGATIONS** |
| Debtor(s). | |

Pursuant to Mont. LBR 4002-1(e), the undersigned hereby provides this Statement of Domestic Support Obligation, as defined in 11 U.S.C. § 101(14A).

1. Debtor's name (enter full name): <u>Michael Wilson Marrow.</u>

2. Does Debtor have a domestic support obligation: yes ___ no _X_. If yes, please fill out the rest of this form. If no, do not fill out the rest, but sign where indicated below.

3. Debtor's employer and employer's address: _____.

4. Name, address, phone number, employer's name, and address of employer for any person responsible with the Debtor for the support: _____.

5. Name, address and phone number for the holder of the claim of support: _____.

[If the Debtor does not know the whereabouts of the former spouse, this fact should be affirmatively stated above, but the address for the support collection agency must be provided]

AS OF THE DATE OF FILING OF THE BANKRUPTCY PETITION:

1. Amount of support obligation: $_____ per _____ [i.e. month, week, etc.]

2. Term of support obligation: from _____ until _____ .

3. Amount that the domestic support obligation is in arrears: $_____ .

4. Court name and jurisdiction in which order of support was issued: _____ .

5. Court Case No. _____

6. Name and address of State Child Support Enforcement Agency involved n such claim: _____ .

    I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael Wilson Marrow            July 13, 2023
Signature of Debtor                      Date

Penalty for making a false statement: Fine up to $250,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.