B2020 (Form 2030) (12/15)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MONTANA

In re: MICHAEL WILSON MARROW  Case No. 23-

Debtor.  Chapter 13

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. §329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept .......................................................................................$ 4,000.00
   Prior to the filing of this statement I have received ...........................................................................$ 1,500.00
   Balance Due .......................................................................................................................................$ 2,500.00

2. The source of compensation paid to me was:

   O Debtor          Q Other (specify)

3. The source of compensation to be paid to me is:

   O Debtor          Q Other (specify)

4. O I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   Q I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal services for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

   **$313.00 Filing Fee plus $437.00 costs to be added to Plan payment.**
   **Representation of the debtor(s) in adversary proceedings and other contested bankruptcy matter. Fees for adversary proceedings and other contested bankruptcy matter will be $200.00 per hour plus costs. Representation of the debtor(s) after confirmation of plan Fees for preparation of post confirmation modification of a plan or other confirmation proceedings will be $200.00 per hour plus costs.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor in this bankruptcy proceeding.


July 13, 2023                                    /s/ Stuart R. Whitehair
Date                                             Stuart R. Whitehair
                                                 *Signature of Attorney*
                                                 Stuart R. Whitehair, P.C.
                                                 2123 Durston Road, Suite 17
                                                 Bozeman MT 59718
                                                 406-587-4200
                                                 stuartwhitehair@gmail.com